IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRAPER FRANK WOODYARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION: 24-00288-JB-B |
| | ) |
| MICHAEL MITCHELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 28th day of March, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE
